**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-7907

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

      v.

BRIAN BACON, a/k/a Brian Hillard,

             Defendant - Appellant.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  James C. Turk, Senior
District Judge.  (7:95-cr-00028-jct-1)

Submitted:  April 23, 2009          Decided:  April 30, 2009

Before MICHAEL, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Brian Bacon, Appellant Pro Se.  Ray Burton Fitzgerald, Jr.,
OFFICE OF THE UNITED STATES ATTORNEY, Ronald Mitchell Huber,
Assistant United States Attorney, Charlottesville, Virginia;
Anthony Paul Giorno, Assistant United States Attorney, Roanoke,
Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brian Bacon appeals the district court's orders denying relief on his motion filed pursuant to 18 U.S.C. § 3582(c)(2) (2006), and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Bacon, No. 7:95-cr-00028-jct-1 (W.D. Va. Apr. 9, 2008; Aug. 19, 2008); see United States v. Lindsey, 556 F.3d 238, 243-45 (4th Cir. 2009); United States v. Dunphy, 551 F.3d 247, 251 (4th Cir. 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED